Court of Criminal Appeals of Texas.
Nov. 12, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

## Ex parte LEWIS.
### No. 26082.

Court of Criminal Appeals of Texas.
Nov. 12, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

This is an appeal from an order of the Criminal District Court of Dallas County denying appellant's application for release

on writ of habeas corpus and remanding him to the custody of the Sheriff of Dallas County for delivery to the officers of Bexar County.

In the absence of a statement of facts and bills of exception, we presume that the trial court acted properly in denying the application.

The judgment of the trial court is affirmed.